AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Amanda Fortin<br>*Plaintiff*<br>v.<br>Dedicated Nursing Associates, Inc.<br>*Defendant* | ) ) ) ) ) Civil Action No. 2:21-cv-2836 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The parties' joint motion, ECF No. 35, is GRANTED, including its request for attorney's fees and costs to settle Plaintiff's FLSA claims. The settlement agreement and proposed notice and claim forms are APPROVED. The Court DISMISSES the case WITH PREJUDICE but retains jurisdiction to enforce the terms of the settlement agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 11/17/2022

CLERK OF COURT

*Taylor Adams*
Signature of Clerk or Deputy Clerk